

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00078-CR

| | | |
|---|---|---|
| NIKOLAI HANNEMANN, Appellant | § | On Appeal from the 362nd District Court |
| | § | of Denton County (F19-2632-362) |
| V. | § | September 3, 2020 |
| | § | Opinion by Justice Kerr |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr